"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.:SACR 09-121 DOC |
|---|---|---|
| Plaintiff, | ) | ORDER OF REVOCATION AND DETENTION AFTER HEARING [18 U.S.C. 3148(B)] |
| vs. | ) | |
| MANAT THAWIMUEANLAN, | ) | |
| Defendant. | ) | |

    The defendant having been arrested in this District pursuant to a warrant previously issued by JudgeDavid O. Carter, United States District Judge, and the Court having conducted a hearing on the alleged violation(s), the Court finds as follows:

(1)(X) A.    there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (X) B.    there is clear and convincing evidence that the defendant violated the following condition(s) of release:  he failed to obtain permission to make an unapproved stop in violation of his location monitoring conditions

and

(2)(X) A.    that based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assume that the defendant will not

        flee or pose a danger to the safety or any other person or the community; or

(X) B.    that the defendant is unlikely to abide by any condition or combination of conditions of release.

(X) and/or in the event of (1)(A):

(3)(X)    that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

(4)( )    that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. *See* separate order setting conditions.

( )    This Order shall be stayed for 72 hours in order to allow the Government to seek review from the District Judge assigned to this case or assigned to handle this matter by virtue of being on criminal duty.

(X)    IT ORDERED that the defendant's prior pretrial release is revoked and the defendant is detained prior to trial.

Dated: April 7, 2010                /s/    Arthur Nakazato
                                      ARTHUR NAKAZATO
                                UNITED STATES MAGISTRATE JUDGE